IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:17CR00123--MOC |
| | ) | |
| v. | ) | **MOTION TO DISMISS THE** |
| | ) | **INDICTMENT** |
| TANYA MARIE FUENTES | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this Court endorsed on the attached Order for Dismissal, the United States Attorney for the Western District of North Carolina hereby dismisses the above-captioned Bill of Indictment (as it relates to **TANYA MARIE FUENTES** only) in the above captioned case without prejudice.

Respectfully submitted, this the day of July 31, 2018.

WILLIAM T. STETZER
FIRST ASSISTANT UNITED STATES ATTORNEY

/s/ KIMLANI M. FORD
KIMLANI M. FORD
ASSISTANT UNITED STATES ATTORNEY
N.C. State Bar #25426
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28204
Telephone: (704) 344-6222 / Fax: (704) 344-6629
E-mail: kimlani.ford@usodj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this day July 31, 2018, the foregoing motion was duly served upon the defendant herein by electronic mailing a copy thereof to defendant's attorney of record **Kevin Tate at kevin.tate@fd.org**.

//s// Kimlani M. Ford
ASSISTANT UNITED STATES ATTORNEY