UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-123-MOC

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TANYA MARIE FUENTES,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss the Indictment. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss the Indictment (#112) is **GRANTED**. The Bill of Indictment (as it relates to defendant only) in the above captioned matter is hereby **DISMISSED without prejudice**, and the associated Motion to Dismiss Multiplicitous Counts (#96) is **DENIED as moot**.

Signed: August 6, 2018

Max O. Cogburn Jr
United States District Judge

-1-